Order entered October 18, 2012



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01235-CV

## EX PARTE NATHANIEL L. HUBERT

### On Appeal from the Criminal District Court No. 1
### Dallas County, Texas
### Trial Court Cause No. X-11-1261H

## ORDER

The Court has before it appellant's September 21, 2012 motion for leave to proceed in forma pauperis. The motion is **GRANTED**. *See* TEX. R. APP. P. 20.1(j)(4). The Court **ORDERS** Gary Fitzsimmons, Dallas County District Clerk, and Vicki L. Tuck, court reporter for this cause number, to provide the clerk's and reporter's records for this appeal without requiring prepayment of costs. We **DIRECT** the Clerk of this Court to send copies of this order, by electronic transmission, to the following: Gary Fitzsimmons; Vicki L. Tuck; the Dallas County Clerk, Civil Records Division; and counsel for all parties.



MOLLY FRANCIS
JUSTICE